DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TARA I. ALLEN, Bar # 235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SUMMER MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 06-079-KJM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| SUMMER V. MORRIS, | ) Date: April 10, 2006 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Kimberly J. Mueller |

     IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, SUMMER V. MORRIS, by and through her counsel, TARA I. ALLEN,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Stipulation & Order

1  Staff Attorney, that the court trial set for April 17, 2006 at 10:00 a.m.
2  be changed to a change-of-plea hearing.
3
4  Dated:      April 12, 2006
5                                      Respectfully submitted,
6                                      DANIEL J. BRODERICK
                                       Acting Federal Defender
7
                                       /s/ Tara I. Allen
8                                      _____
                                       TARA I. ALLEN
9                                      Staff Attorney
                                       Attorney for Defendant
10                                     SUMMER MORRIS
11
    DATED:      April 12, 2006
12                                     McGREGOR W. SCOTT
                                       United States Attorney
13
                                       /s/ Matthew C. Stegman
14                                     _____
                                       MATTHEW C. STEGMAN
15                                     Assistant United States Attorney
16
                     **O R D E R**
17
18 IT IS SO ORDERED.
19
20 Dated: April 12, 2006.
21
22                              _____
                                UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

    Stipulation & Order              2