**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 2:06-MJ-79 KJM

Sumer Morris

ORDER TO PAY

SOCIAL SECURITY #: 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
DATE OF BIRTH: 7-10-84
DRIVER'S LICENSE #: D2881529
ADDRESS: 110 Dream St
Vacaville    CA    95687
City          STATE    ZIP CODE

*FILED*
APR 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 4-17-06          _____
                       DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ 250          and a penalty assessment of $ 10          for a TOTAL
AMOUNT OF: $ _____       within _____ days/months; or payments of $ _____ per
month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
(X) 1 year court probation, to terminate upon completion of payments

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to
(circle one):

CLERK, USDC                    CLERK, USDC                    CLERK, USDC
CENTRAL VIOLATIONS BUREAU      1130 O STREET, RM 5000         ~~650 CAPITOL MALL, RM 2540~~
POST OFFICE BOX 105650         FRESNO, CA 93721               ~~SACRAMENTO, CA 95814~~
ATLANTA, GA 30348-5650                                        501 I STREET
                                                              SACRAMENTO, CA 95814

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 4-17-06              KJM
                           _____
                           U. S. MAGISTRATE JUDGE

Clerk's Office